427 A.2d 1229

Commonwealth v. Parsells, Appellant.

Argued September 11, 1979.   David J. Natale, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.